STEPHEN W. CUSICK (SBN 111353)
NIELSEN, HALEY & ABBOTT LLP
44 Montgomery Street, Suite 750
San Francisco, California 94104
Telephone: (415) 693-0900
Facsimile: (415) 693-9674
scusick@nielsenhaley.com

DONALD L. MABRY (SBN 187750)
NIELSEN, HALEY & ABBOTT LLP
523 West Sixth Street, Suite 635
Los Angeles, California 90014
Telephone: (213) 239-9009
Facsimile: (213) 239-9007
dmabry@nielsenhaley.com

*Attorneys for Defendant*
United States Liability Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 92498 HOLDINGS LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES LIABILITY INSURANCE COMPANY; and DOES ONE through FIVE, inclusive,<br><br>Defendants. | Case No.:<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

United States Liability Insurance Group

Berkshire Hathaway Company

DATED: April 1, 2008   NIELSEN, HALEY & ABBOTT LLP

By _____
STEPHEN W. CUSICK
DONALD L. MABRY
*Attorneys for Defendant*
UNITED STATES LIABILITY
INSURANCE COMPANY

<u>**PROOF OF SERVICE**</u>
**92498 Holdings LLC v. UNITED STATES LIABILITY INSURANCE CO.**
United States District Court – Northern District of California
Case No.:

I declare that:

I am employed in the county of Los Angeles, California, over the age of eighteen years, and not a party to the within cause. My business address is 523 West Sixth Street, Suite 635, Los Angeles, California, 90014.

On April 1, 2008, I served the within:

### CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

**BY MAIL** on parties in said cause, by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as follows:

J. Timothy Nardell, Esq.
Law Offices of J. Timothy Nardell
790 Mission Avenue
San Rafael, California 94901
Tel. (415) 485-2200
Fax (415) 449-6990
*Attorneys for Plaintiff*
*92498 Holdings LLC*

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on April 1, 2008.

*[signature]*
Hayden Sakow

Proof of Service