1 | STEPHEN W. CUSICK (SBN 111353)
NIELSEN, HALEY & ABBOTT LLP
2 | 44 Montgomery Street, Suite 750
San Francisco, California 94104
3 | Telephone: (415) 693-0900
Facsimile: (415) 693-9674
4 | scusick@nielsenhaley.com

5

DONALD L. MABRY (SBN 187750)
6 | NIELSEN, HALEY & ABBOTT LLP
523 West Sixth Street, Suite 635
7 | Los Angeles, California 90014
Telephone: (213) 239-9009
8 | Facsimile: (213) 239-9007
dmabry@nielsenhaley.com

9
*Attorneys for Defendant*
10 | United States Liability Insurance Company

11

12 UNITED STATES DISTRICT COURT

13 NORTHERN DISTRICT OF CALIFORNIA

14 SAN FRANCISCO DIVISION

15

| 92498 HOLDINGS LLC, | Case No.: 3:08-cv-01759-MEJ |
|---|---|
| Plaintiff, | |
| v. | **REQUEST FOR REASSIGNMENT** |
| UNITED STATES LIABILITY INSURANCE COMPANY; and DOES ONE through FIVE, inclusive, | |
| Defendants. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION:

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

///

1 | DATED: April 29, 2008           NIELSEN, HALEY & ABBOTT LLP

2

3

4

5                                   By_____/S/_____
                                        DONALD L. MABRY
6                                       *Attorneys for Defendant*
                                        UNITED STATES LIABILITY
7                                       INSURANCE COMPANY

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28