STEPHEN W. CUSICK (SBN 111353)
NIELSEN, HALEY & ABBOTT, LLP
44 Montgomery Street, Suite 750
San Francisco, CA 94104
Telephone:  (415) 693-0900
Facsimile:  (415) 693-9674
scusick@nielsenhaley.com

DONALD L. MABRY (SBN 187750)
NIELSEN, HALEY & ABBOTT, LLP
523 West Sixth Street, Suite 635
Los Angeles, CA 90014
Telephone:  (213) 239-9009
Facsimile:  (213) 239-9007
dmabry@nielsenhaley.com

*Attorneys for Defendant*,
United States Liability Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 92498 HOLDINGS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES LIABILITY INSURANCE COMPANY, a Pennsylvania corporation, and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No.:  C 08-01759 CW<br><br>**CERTIFICATE OF SERVICE OF CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE** |

I, Fatima Puente, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

1  My business address is 44 Montgomery Street, Suite 750, San Francisco, California

2  94104, where the mailing described below took place.

3  On May 29, 2008, I deposited in the United States Mail at San Francisco,

4  California, in a postage prepaid envelope addressed to the plaintiff's attorney, J. Timothy

5  Nardell, Esq., Law Offices of J. Timothy Nardell, 790 Mission Avenue, San Rafael, CA,

6  94901, a copy of the following document:  Case Management Scheduling Order for

7  Reassigned Civil Case (including a "Notice" and "Standing Order for All Judges of the

8  Northern District of California, Contents of Joint Case Management Statement").

9  I declare under penalty of perjury that the foregoing is true and correct.

10  Executed on May 30, 2008, at San Francisco, California.

11

12  By:_____

13  Fatima Puente

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*92498 Holdings, LLC v. United States Liability Ins. Co., et al.*
U.S. District Court for the Northern District of California
Case No. C 08-01759 CW

## PROOF OF SERVICE

I declare that:

I am a citizen of the United States, employed in the County of San Francisco, California. I am over the age of eighteen years, and not a party to the within cause. My business address is 44 Montgomery Street, Suite 750, San Francisco, CA 94104.

On the date set forth below I served the following document described as:

**CERTIFICATE OF SERVICE OF CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE**

[ ]    (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date.

[X]    **(BY MAIL)** I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

[ ]    (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]    (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

J. Timothy Nardell, Esq.
Law Offices of J. Timothy Nardell
790 Mission Avenue
San Rafael, CA 94901
Tel. (415) 485-2200
Fax. (415) 449-6990
*Attorneys for Plaintiff*
*92498 Holdings, LLC*

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on May 30, 2008.            _____
                                     FATIMA PUENTE

---

**PROOF OF SERVICE**