# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

92498 HOLDINGS LLC

Plaintiff(s),

Case No.  C 08-1759 CW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

UNITED STATES LIABILITY
INSURANCE COMPANY
Defendant(s).

_____ /

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: June 19, 2008

U.S.L.I.G.
[Party]

Dated: June 19, 2008

STEPHEN W. CUSICK
[Counsel]