J. TIMOTHY NARDELL (State Bar #184444)
NARDELL CHITSAZ & ALDEN LLP
790 Mission Avenue
San Rafael, California 94901
Telephone: (415) 485-2200
Facsimile:  (415) 457-1420
Email:      tim@jtnlaw.com

Attorneys for Plaintiff
92498 HOLDINGS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| 92498 HOLDINGS LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES LIABILITY INSURANCE COMPANY, AND DOES ONE through FIVE, inclusive,<br><br>    Defendants. | Case No. C-08-01759 CW<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Local Rule 3-16, the undersigned hereby certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or party that could be substantially affected by the outcome of this proceeding:

    92498 Holdings LLC

    Jeffrey S. Skoll Revocable Trust.

Dated: June 25, 2008

NARDELL CHITSAZ & ALDEN LLP

By: _____
J. TIMOTHY NARDELL
Attorneys for Plaintiff 92498 HOLDINGS LLC

---

1

**CERTIFICATE OF INTERESTED PARTIES**