# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| 92498 Holdings LLC,<br><br>           Plaintiff(s),<br><br>   v.<br><br>United States Liability Insurance Company,<br><br>           Defendant(s). | 08-01759 CW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

    The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Matthew F. Quint**
> Wilson & Quint
> 250 Montgomery St., 11th Fl.
> San Francisco, CA 94111
> 415-288-6700
> mfquint@aol.com

    Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-01759 CW MED        - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: July 7, 2008

                                                    RICHARD W. WIEKING
                                                    Clerk
                                                    by:    Claudia M. Forehand



                                                      ADR Case Administrator
                                                      415-522-2059
                                                      Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
08-01759 CW MED                          - 2 -