IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

92498 HOLDINGS
_____
Plaintiff(s)

v.

U.S. LIABILITY INSURANCE CO.
_____
Defendants(s)

No. C 08-1759 CW

CONSENT TO PROCEED
BEFORE A UNITED
STATES MAGISTRATE
JUDGE

Pursuant to 28 U.S.C. Section 636(c) and Rule 73, Federal Rules of Civil Procedure, the below party(ies) hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. (Parties may consent to the assignment of only one or more particular Magistrate Judge(s):_____).
[insert name(s) of Magistrate Judge(s)]

Dated: _____    _____
                     Attorney for Plaintiff(s)

Dated: _____    _____
                     Attorney for Defendant(s)

**DECLINATION**

The below-named party(ies) decline to consent at this time to reference of the above-captioned matter to a United States Magistrate Judge for trial.

Dated: _____    _____
                     Attorney for Plaintiff(s)

Dated: August 5, 2008    _____
                         Attorney for Defendant(s)

*92498 Holdings, LLC v. United States Liability Ins. Co., et al.*
U.S. District Court for the Northern District of California
Case No. C 08-01759 CW

# PROOF OF SERVICE

I declare that:

I am a citizen of the United States, employed in the County of San Francisco, California. I am over the age of eighteen years, and not a party to the within cause. My business address is 44 Montgomery Street, Suite 750, San Francisco, CA 94104.

On the date set forth below I served the following document described as:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

[ ]    (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date.

[ ]    (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

[ ]    (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]    (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[XX]    (BY ELECTRONIC SERVICE) by submitting an electronic version of the document(s) to be served on all parties listed on the service list on file with the court as of this date.

*Attorneys for Plaintiff 92498 Holdings, LLC*
J. Timothy Nardell, Esq.
Law Offices of J. Timothy Nardell
790 Mission Avenue
San Rafael, CA 94901
Tel. (415) 485-2200
Fax. (415) 449-6990

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on August 5, 2008.

*/s/ Sonia J. Ortiz*
Sonia J. Ortiz

PROOF OF SERVICE