**UNITED STATES DISTRICT COURT**

**Northern District of California**

| | |
|---|---|
| 92498 Holdings LLC,<br><br>            Plaintiff(s),<br><br>   v.<br><br>United States Liability Insurance Company,<br><br>            Defendant(s). | No. C 08-01759 CW MED<br><br>**Certification of ADR Session** |

*Instructions:* *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __8/26/08__

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☒ phone discussions expected by (date) __9/15/08__

   ☐ no

4. IS THIS ADR PROCESS COMPLETED?    ☐ YES    ☒ NO

Dated: __8/26/08__

_____
Mediator, Matthew F. Quint
Wilson & Quint
250 Montgomery St., 11th Fl.
San Francisco, CA 94111

**Certification of ADR Session**
08-01759 CW MED