IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 92498 HOLDINGS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES LIABILITY INSURANCE COMPANY,<br><br>    Defendant.<br>_____/ | No. 08-01759 CW<br><br>ORDER RE<br>DISCOVERY DISPUTE |

    On November 13, 2008, Plaintiff filed a Motion to Compel Further Discovery Responses. Each party shall submit a two-page letter brief summary of the discovery dispute on Tuesday, November 18, 2008. Attorneys shall contact the Courtroom Deputy at 510-637-3542 to set up a telephone conference with lead counsel for Thursday, November 20, 2008, at 10:00 a.m.

        11/14/08

Dated _____        _____
                                          CLAUDIA WILKEN
                                          United States District Judge