J. TIMOTHY NARDELL (State Bar #184444)
NARDELL CHITSAZ & ALDEN LLP
790 Mission Avenue
San Rafael, California 94901
Telephone: (415) 485-2200
Facsimile:  (415) 457-1420
Email:      tim@jtnlaw.com

Attorneys for Plaintiff
92498 HOLDINGS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| 92498 HOLDINGS LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>UNITED STATES LIABILITY INSURANCE COMPANY, AND DOES ONE through FIVE, inclusive,<br><br>            Defendants. | Case No. C-08-01759 CW<br><br>**STIPULATION OF DISMISSAL** |

The parties having reached a settlement of the claims in this action, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel of record that the above captioned action be and hereby is DISMISSED WITH PREJUDICE pursuant to FRCP Rule 41(a)(1).

Dated: December 12, 2008            NARDELL CHITSAZ & ALDEN LLP

By: _____
J. TIMOTHY NARDELL
Attorneys for Plaintiff 92498 HOLDINGS LLC

Dated: December 12, 2008            NIELSEN, HALEY & ABBOT LLP

By: _____
STEVEN W. CUSICK
Attorneys for Defendant United States Liability Insurance Company

IT IS SO ORDERED
Judge Claudia Wilken

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1
STIPULATION OF DISMISSAL

*92498 Holdings, LLC v. United States Liability Ins. Co., et al.*
U.S. District Court for the Northern District of California
Case No. C 08-01759 CW

## PROOF OF SERVICE

I declare that:

I am a citizen of the United States, employed in the County of San Francisco, California. I am over the age of eighteen years, and not a party to the within cause. My business address is 44 Montgomery Street, Suite 750, San Francisco, CA 94104.

On the date set forth below I served the following document described as:

### STIPULATION OF DISMISSAL

[ ]   (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date.

[ ]   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

[ ]   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]   (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

**[ XX ] (BY ELECTRONIC SERVICE)** by submitting an electronic version of the document(s) to be served on all parties listed on the service list on file with the court as of this date.

> J. Timothy Nardell, Esq.
> Law Offices of J. Timothy Nardell
> 790 Mission Avenue
> San Rafael, CA 94901
> Tel. (415) 485-2200
> Fax. (415) 449-6990
> ***Attorneys for Plaintiff***
> ***92498 Holdings, LLC***

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on July 11, 2008.

SONIA J. ORTIZ